IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT P. WINTER,

     Appellant,

  v.

Case No.  5D21-556
LT Case No. 2019-CA-003719-11J-G

DAFFLYN PROPERTY, LLC., A
FLORIDA LIMITED LIABILITY
COMPANY, WILLIAM WARREN
PROPERTIES, INC., A CALIFORNIA
CORPORATION D/B/A STORQUEST
SELF STORAGE, 7-ELEVEN INC., A
TEXAS CORPORATION, ET AL.,

     Appellees.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Seminole County,
Michael J. Rudisill, Judge.

Phil A. D'Aniello, of Fassett,
Anthony & Taylor, PA,
Orlando, for Appellant.

Lissette M. Gonzalez, of
Cole, Scott & Kissane, P.A.,
Miami, for Appellees.

PER CURIAM.

     AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.